AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

JENNIFER TOMMEY, individually and
on behalf of a class of others similarly situated,

JUDGMENT IN A CIVIL CASE

Plaintiffs,
V.

CASE NUMBER: 11-2214-EFM

COMPUTER SCIENCES CORPORATION,

Defendant.

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Order Granting FLSA Settlement (Doc. 116) filed on May 27, 2015 this case is dismissed with prejudice, in its entirety, on the merits, against defendant Computer Sciences Corporation without costs to any party, except to the extent otherwise provided in the Agreement.

IT IS SO ORDERED.

5/27/2015

*Date*

TIMOTHY M. O'BRIEN

*Clerk*

/s Cindy McKee

*(By) Deputy Clerk*